In the Matter of the Claim of FRED A. FROST against
H. H. FRANKLIN MANUFACTURING COMPANY et al.,
Respondents.

THE STATE INDUSTRIAL BOARD, Appellant.

*Workmen's compensation — injury to workman not arising out of
employment.*

Frost v. Franklin Mfg. Co., 204 App. Div. 700, affirmed.

(Argued October 2, 1923; decided October 16, 1923.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department entered
March 7, 1923, which reversed an award of the State
Industrial Board made under the Workmen's Compensa-
tion Law. Claimant, who was in charge of defendant
manufacturing company's tool department, was writing
out an order for materials on a window shelf. A workman
came and asked for wire which claimant handed to him.
He began to file off a piece. Almost simultaneously with
the act of handing out the wire, claimant greeted the said
employee by pulling the peak of his cap down over his
eyes, and the said employee attempted to lift the cap with
the same hand in which he held a file, the file flew from
its handle and struck claimant in the right eye causing
loss of sight thereof. The Appellate Division held that
the accident did not arise out of the employment.

*Carl Sherman, Attorney-General (E. C. Aiken* of counsel),
for appellant.

*Clarence B. Tippett* for respondents.

Order affirmed, with costs against State Industrial
Board; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-
LAUGHLIN and ANDREWS, JJ. Dissenting: HOGAN and
CRANE, JJ.